| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK | |
| Case number (if known) _____  Chapter  11 | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Migdol Kings LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  84-3845483

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4 Adelake Fareway<br>Monroe, NY 10950<br>*Number, Street, City, State & ZIP Code* | *P.O. Box, Number, Street, City, State & ZIP Code* |
| Orange<br>County | **Location of principal assets, if different from principal place of business**<br>4 Adelake Fareway Monroe, NY 10950<br>*Number, Street, City, State & ZIP Code* |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Migdol Kings LLC                          Case number (*if known*)
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
  5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor   Migdol Kings LLC                                            Case number (*if known*) _____
       *Name*

**11. Why is the case filed in *this district*?**  *Check all that apply:*
- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- ☒ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  Migdol Kings LLC                              Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 4, 2025
              MM / DD / YYYY

**X** /s/ Yoel Torim                                   Yoel Torim
Signature of authorized representative of debtor        Printed name

Title  Manager

**18. Signature of attorney**

**X** /s/ H Bruce Bronson                              Date   February 4, 2025
Signature of attorney for debtor                               MM / DD / YYYY

H Bruce Bronson
Printed name

Bronson Law Offices PC
Firm name

480 Mamaroneck Ave
Harrison, NY 10528-1621
Number, Street, City, State & ZIP Code

Contact phone  (914) 269-2530     Email address  hbbronson@bronsonlaw.net

1679380 NY
Bar number and State

**Fill in this information to identify the case:**

Debtor name   Migdol Kings LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 4, 2025    **X** /s/   Yoel Torim
                                  Signature of individual signing on behalf of debtor

                                  Yoel Torim
                                  Printed name

                                  Manager
                                  Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Migdol Kings LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Central Hudson Gas<br>284 South Ave<br>Poughkeepsie, NY 12601 | | Utility | Disputed | | | $0.00 |
| Flores Landscaping & Services Inc.<br>16 Memorial Park Dr<br>Spring Valley, NY 10977 | | Landscaping | Disputed | | | $1,500.00 |
| Hirschfeld & Co<br>65 Taaffe Pl<br>Monroe, NY 10950 | | Accountant | | | | $3,900.00 |
| Internal Revenue Service<br>Internal Revenue Service. P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | Tax | Disputed | | | $0.00 |
| NYS Department of Taxation<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205 | | Tax | Disputed | | | $0.00 |
| Orange and Rockland Utilities<br>1 Blue Hill Plaza<br>Pearl River, NY 10965 | | Utility | Disputed | | | $0.00 |
| Woodbury Junction Homeowners Association<br>199 LEE AVVENUE SUITE 905<br>Brooklyn, NY 11211 | | HOA | Disputed | | | $0.00 |

**Fill in this information to identify the case:**

Debtor name: Migdol Kings LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Bright House Life Insurance Company<br>Creditor's Name<br><br>285 Madison Ave<br>New York, NY 10017<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>March 2019<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>4 Adelake Freeway Monroe, NY 10950<br><br>**Describe the lien**<br>Mortgage<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $632,453.00 | $900,000.00 |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $632,453.00

### Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Lisa Felicissimo, Esq., Referee<br>341 State Route 17M<br>Monroe, NY 10950 | Line 2.1 | |
| Robertson, Anschutz, Schneid<br>900 Merchants Concourse, Suite 310<br>Westbury, NY 11590 | Line 2.1 | |
| Szipora R Engel<br>6 Quickway Rd #302<br>Monroe, NY 10950 | Line 2.1 | |

| Debtor | Migdol Kings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Fill in this information to identify the case:**

Debtor name: Migdol Kings LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| 3.1 | Central Hudson Gas<br>284 South Ave<br>Poughkeepsie, NY 12601<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** Utility<br>Is the claim subject to offset?   ☒ No   ☐ Yes | Unknown |
| 3.2 | Flores Landscaping & Services Inc.<br>16 Memorial Park Dr<br>Spring Valley, NY 10977<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** Landscaping<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $1,500.00 |
| 3.3 | Hirschfeld & Co<br>65 Taaffe Pl<br>Monroe, NY 10950<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Accountant<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $3,900.00 |
| 3.4 | Internal Revenue Service<br>Internal Revenue Service. P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** Tax<br>Is the claim subject to offset?   ☒ No   ☐ Yes | Unknown |
| 3.5 | NYS Department of Taxation<br>Bankruptcy Section PO Box 5300<br>Albany, NY 12205<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** Tax<br>Is the claim subject to offset?   ☒ No   ☐ Yes | Unknown |

Debtor  **Migdol Kings LLC**                                    Case number (if known)
        Name

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Orange and Rockland Utilities<br>1 Blue Hill Plaza<br>Pearl River, NY 10965 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Utility | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Woodbury Junction Homeowners Association<br>199 LEE AVVENUE SUITE 905<br>Brooklyn, NY 11211 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** HOA | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + $ | 5,400.00 |
| **5c. Total of Parts 1 and 2**<br>        Lines 5a + 5b = 5c. | 5c.  $ | 5,400.00 |

**Fill in this information to identify the case:**

Debtor name: Migdol Kings LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: Migdol Kings LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                                 *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | _____ Street / _____ City State Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | _____ Street / _____ City State Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | _____ Street / _____ City State Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | _____ Street / _____ City State Zip Code | _____ | ☐ D ☐ E/F ☐ G |

# United States Bankruptcy Court
## Southern District of New York

In re    Migdol Kings LLC                                      Case No.
                        Debtor(s)                              Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Gitty Torim<br>14 Seven Springs<br>Monroe, NY 10950 | | | 10% LLC Owner |
| Migdol Kings Trust<br>51 Forest Rd<br>Monroe, NY 10950 | | | 90% LLC Interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    February 4, 2025                    Signature    /s/ Yoel Torim
                                                          Yoel Torim

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re: **Migdol Kings LLC**
Debtor(s)

Case No.
Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**
   - For legal services, I have agreed to accept ................................................. $ _____
   - Prior to the filing of this statement I have received ................................... $ _____
   - Balance Due ................................................................................................. $ _____

   ☒ **RETAINER**
   - For legal services, I have agreed to accept and received a retainer of .......... $ 15,000.00
   - The undersigned shall bill against the retainer at an hourly rate of ............... $ 550.00
     [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:
   ☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:
   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

February 4, 2025
*Date*

/s/ H Bruce Bronson
H Bruce Bronson
*Signature of Attorney*
Bronson Law Offices PC
480 Mamaroneck Ave
Harrison, NY 10528-1621
(914) 269-2530   Fax: (888) 908-6906
hbbronson@bronsonlaw.net
*Name of law firm*

# United States Bankruptcy Court
### Southern District of New York

In re: **Migdol Kings LLC**, Debtor(s)

Case No.

Chapter: **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: February 4, 2025

/s/ Yoel Torim
Yoel Torim/Manager
Signer/Title

Bright House Life Insurance Company
285 Madison Ave
New York, NY 10017


Central Hudson Gas
284 South Ave
Poughkeepsie, NY 12601


Flores Landscaping & Services Inc.
16 Memorial Park Dr
Spring Valley, NY 10977


Hirschfeld & Co
65 Taaffe Pl
Monroe, NY 10950


Internal Revenue Service
Internal Revenue Service. P.O. Box 7346
Philadelphia, PA 19101-7346


Lisa Felicissimo, Esq., Referee
341 State Route 17M
Monroe, NY 10950


NYS Department of Taxation
Bankruptcy Section PO Box 5300
Albany, NY 12205


Orange and Rockland Utilities
1 Blue Hill Plaza
Pearl River, NY 10965


Robertson, Anschutz, Schneid
900 Merchants Concourse, Suite 310
Westbury, NY 11590


Szipora R Engel
6 Quickway Rd #302
Monroe, NY 10950


Woodbury Junction Homeowners Association
199 LEE AVVENUE SUITE 905
Brooklyn, NY 11211

# United States Bankruptcy Court
## Southern District of New York

In re   Migdol Kings LLC
            Debtor(s)

Case No.
Chapter   11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Migdol Kings LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

February 4, 2025
**Date**

/s/ H Bruce Bronson
H Bruce Bronson
Signature of Attorney or Litigant
Counsel for   Migdol Kings LLC
Bronson Law Offices PC
480 Mamaroneck Ave
Harrison, NY 10528-1621
(914) 269-2530  Fax:(888) 908-6906
hbbronson@bronsonlaw.net